# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: ANGELA L. BROWN  
232 W. 1ST STREET, P.O. BOX 393  
PECATONICA, IL 61063  

SSN-xxx-xx-8618

Case Number: 07-73036

Case filed on: 12/14/2007  
Plan Confirmed on:  

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY GARY C FLANDERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BARRICK & SWITZER LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ANGELA L. BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FORD MOTOR CREDIT CORP | 18,406.48 | 18,406.48 | 0.00 | 0.00 |
| 022 | GREG MEYERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 18,406.48 | 18,406.48 | 0.00 | 0.00 |
| 002 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ADVANCED REHAB MEDICINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ALYSON MISEVICH, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN FAMILY INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FIRST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | HERITAGE FEDERAL CREDIT UNION | 2,843.07 | 2,843.07 | 0.00 | 0.00 |
| 011 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ASSET ACCEPTANCE CORP | 51.54 | 51.54 | 0.00 | 0.00 |
| 013 | PROACTIVE SOLUTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ROCKFORD HEALTH PHYSICIANS | 213.00 | 213.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | TEDS APPLIANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | U.S. BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | VALERIE GUNDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 3,107.61 | 3,107.61 | 0.00 | 0.00 |
|  | Grand Total: | 21,514.09 | 21,514.09 | 0.00 | 0.00 |

Total Paid Claimant:      $0.00  
Trustee Allowance:        $0.00  
Percent Paid Unsecured:   0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 02/29/2008          By  /s/Heather M. Fagan